**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2**
**Eastern Division**

Levitation Arts, Inc.

                      Plaintiff,

v.                                     Case No.: 1:17−cv−00613
                                              Honorable Harry D. Leinenweber

Summit Electronics LLC

                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, September 18, 2017:

      MINUTE entry before the Honorable Harry D. Leinenweber:Pursuant to the Joint Stipulation, plaintiff's claims and defendant/counterclaim−plaintiff's counterclaims are dismissed with prejudice. Status hearing stricken.Civil case terminated. Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.